**VOORHIES et al. v. BISSELL.**

No. 11830—Opinion Filed Jan. 8, 1921.

(Syllabus by the Court.)

**Appeal and Error—Time for Proceedings.**

Where more than six months has intervened between the rendition of the final order sought to be reviewed and the filing of the petition in error in the Supreme Court, this court has no jurisdiction to review such final order.

Error from Superior Court, Muskogee County; Guy F. Nelson, Judge.

Action between John W. Bissell and Andrew L. Voorhies and others. From the judgment, the latter bring error. Dismissed.

W. H. Twine, for plaintiffs in error.

S. E. Gidney, for defendant in error.

HIGGINS, J. On April 17, 1920, judgment was rendered in the trial court, and on October 25, 1920, a petition in error with case-made attached was filed in this court seeking to review said judgment of the trial court.

Upon motion of defendant in error, to which there is no response, this suit is dismissed for the reason the same was not instituted in this court within six months from the rendition of the judgment in the trial court which this action seeks to review Section 5255, Rev. Laws 1910, as amended by Session Laws 1910-11, p. 35; Storm v. Richart Waggoner et al., Interveners), 49 Okla. 587, 153 Pac. 863; Dawson & Schreiner v. Davis Bros. Cheese Co., 53 Okla. 313, 156 Pac. 204.

All the Justices concur.